## RETURN OF SERVICE NOTE

El Paso County Sheriff
27 E. Vermijo Avenue
Colorado Springs, CO 80903
10/8/19

Service Number: 19007296

Case Number: 19CV78-S

Court Date:

Rcv date/time:  10/3/2019 9:38 AM

Serve: MICHAEL SELLERS

Court: UNITED STATES DISTRICT COURT
County: EL PASO
State:   CO

Service Attempts:
Servee: MICHAEL SELLERS
Deputy: AMANDA HARRIS
Address: 10/3/2019 @ 2:30 PM - 7080 BLUE OCEAN POINT COLORADO SPRINGS, CO 80922
Note: NO CONTACT / LEFT CARD

Writ(s):
**SUMMONS IN A CIVIL ACTION, COMPLAINT**

Servee: MICHAEL SELLERS
Deputy: AMANDA HARRIS
Address: 10/4/2019 @ 7:00 AM - 7080 BLUE OCEAN POINT COLORADO SPRINGS, CO 80922
Note: CARD(S) STILL ON DOOR

**GREAT WEST CASUALTY COMPANY**
**Vs**
**NCF INC**
**FEDEX GROUND PACKAGE SYSTEM**
**ET AL**

Servee: MICHAEL SELLERS
Deputy: AMANDA HARRIS
Address: 10/8/2019 @ 10:30 AM - 7080 BLUE OCEAN POINT COLORADO SPRINGS, CO 80922
Note: DEFENDANT DOES NOT LIVE AT ADDRESS PER OCCUPANT/RESIDENT

UNABLE TO LOCATE AFTER A REASONABLE SEARCH

---

SUNDAHL POWERS KAPP & MARTIN LLC
P.O. BOX 328
CHEYENNE, WY 82003

| | |
|---|---|
| Final Status: | UNSERVED |
| Fees Paid: | 50.25 |
| Final Fees: | $35.25 |
| Refund Amt: | 15.00    Refund Check # 42154 |
| Clerk: | A.O. |
| Amt Due: | $0.00 |

AO 440 (Rev. 06/12) Summons in a Civil Action

19-729

# UNITED STATES DISTRICT COURT
for the

District of Wyoming

Great West Casualty Company, a Nebraska corporation;

*Plaintiff(s)*

v.

NCF, Inc.; FEDEX Ground Package System; Meadowbrook Meat Company; Mark Draeger, Michael Tibbs, Michael Sellers

*Defendant(s)*

Civil Action No. 19-cv-78-S

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Michael Sellers
7080 Blue Ocean Point
Colorado Springs, CO 80922

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Kapp
SUNDAHL, POWERS, KAPP & MARTIN
1725 Carey Ave
Cheyenne, WY 82001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/30/2019

*Signature of Clerk or Deputy Clerk*